**Alice L. ROSEBORO, Plaintiff–Appellant,**

**v.**

**COMPORIUM COMMUNICATIONS, Rock Hill Telephone Co; Mary Graveley; Tiffany Thompson; Louis Ridinger; Frank Marshall; Glen McFadden; Jeff Bushardt, Defendants–Appellees.**

No. 12–2226.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 22, 2013.

Decided: Jan. 24, 2013.

Alice L. Roseboro, Appellant Pro Se. Beverly A. Carroll, Hamilton Martens Ballou & Sipe, LLC, Rock Hill, South Carolina, for Appellees.

Before WILKINSON, NIEMEYER, and THACKER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alice L. Roseboro seeks to appeal the district court's order adopting the magis-

trate judge's recommendation and denying her motion for default judgment and sanctions in her ongoing employment discrimination action. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Roseboro seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. Roseboro's motion to amend/correct letter is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*